UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 09 2014
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica

Dorothy June,

    Plaintiff,

v.

Credit Control LLC,

    Defendant.

Civil Action No.: 1:14-cv-00160-DNH-CFH

ORDER

Having reviewed Plaintiff's Motion to Vacate Entry of Default and for good cause shown, it is hereby ORDERED that the Clerk's Entry of Default against Defendant Credit Control LLC is hereby VACATED.

Dated: 5-9-14

Utica, N.Y.

_____
United States District Judge